STATE v. MAYNOR

No. 60P89.

Case below: 92 N.C. App. 596.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 April 1989.

STATE v. PARSONS

No. 5P89.

Case below: 92 N.C. App. 175.

Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 denied 5 April 1989.

STATE v. PATTERSON

No. 31P89.

Case below: 92 N.C. App. 384.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 April 1989.

STATE v. SMITH

No. 74P89.

Case below: 92 N.C. App. 500.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 April 1989.

STATE v. SPECKMAN

No. 50PA89.

Case below: 92 N.C. App. 265.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 5 April 1989.